PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIO ALEX MEDINA, <br><br> Defendant. | Case No. 5:24-MJ-00017-CDB <br><br> STIPULATION TO CONTINUE DETENTION HEARING <br><br> Date: April 18, 2024 <br> Time: 2:30 p.m. <br> Judge: Hon. Christopher D. Baker |

IT IS HEREBY STIPULATED between the parties that the detention hearing set for April 11, 2024, can be continued until April 18, 2024, at 2:30 p.m., before the United States Magistrate Judge Christopher D. Baker. Good cause exists for the requested continuance pursuant to 18 U.S.C. § 3142(f)(2) because the defendant is not able to appear due to a medical-related condition. The parties agree that time shall be excluded from April 11. 2024, through April 18, 2024, pending the conclusion of the hearing on detention, pursuant to 18 U.S.C. § 3161(h)(1)(D). The parties also agree that the defendant should remain temporarily detained until April 18, 2024.

///
///
///

Respectfully submitted,

Dated: April 10, 2024                     */s/ Arelis Clemente*
                                          Arelis M. Clemente
                                          Assistant United States Attorney


Dated: April 10, 2024                     */s/ Mai Shawwa*
                                          Mai Shawwa
                                          Defense Counsel


## ORDER

Upon the parties' stipulation, and for good cause shown pursuant to 18 U.S.C. § 3142(f)(2), the detention hearing that is scheduled for April 11, 2024, is hereby continued to April 18, 2024, at 2:30 p.m., before the United States Magistrate Judge Christopher D. Baker. Time under the Speedy Trial Act shall also be excluded from April 11, 2024, through April 18, 2024, pending the conclusion of the hearing on the government's motion for detention, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) & (E). The defendant shall remain temporarily detained through and including April 18, 2024, pending further order of the Court.

IT IS SO ORDERED.

Dated:   **April 11, 2024**                  _____
                                             UNITED STATES MAGISTRATE JUDGE