MAI SHAWWA
Attorney at Law, SBN 236683
1226 L Street
Bakersfield, CA 93301
Telephone: (661) 348-4483
mai@shawwalaw.com

Attorney for the Defendant
MARIO ALEX MEDINA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIO ALEX MEDINA <br><br> Defendant. | CASE NO. 5:24-MJ-00017 CDB <br><br> DEFENDANT MARIO MEDINA'S REQUEST AND [PROPOSED] ORDER TO WAIVE APPEARANCE PURSUANT TO FED. RULES CRIM. PRO., 43(A) |

**I. INTRODUCTION**

On April 8, 2024, Mr. Medina was arraigned on the Complaint from the Central District of California and requested a Detention hearing on April 11, 2024. AUSA and defense counsel filed a stipulation to continue the Detention hearing to April 18, 2024, due to defendant's medical issues. After further conversation with Mr. Medina at Dignity Health Hospital on April 17, 2024, defendant requests reserving the issue of detention to the charging Central District of California. Mr. Medina still suffers from serious health issues and is unable to be transported to address the court regarding the change in his detention request.

1

## II. POINTS AND AUTHORITIES

Federal Rules of Criminal Procedure, rule 43(a)(1) and (2) provide that a defendant must be present at the initial appearance, the initial arraignment, plea, every trial stage, and sentencing.

Mr. Medina is due to appear tomorrow to address the court regarding detention. It is not his first appearance in court, not his arraignment, not his entry of plea, not for trial or sentencing. Rule 43 does not require defendant's presence during detention hearings, or status regarding detention hearing.

On April 17, 2024, Mr. Medina gave defense counsel permission to appear on his behalf and to request the reservation of the issue of detention to the charging district. Mr. Medina requests the Court to proceed in his absence as he is eager to be transported to the charging district as soon as possible.

## III. CONCLUSION

Based on the forgoing, counsel for Mr. Medina respectfully requests that he be allowed to appear via counsel.

DATED: April 17, 2024

*/s/ Mai Shawwa*
MAI SHAWWA
Counsel for Defendant
MARION MEDINA

**ORDER**

**IT IS SO FOUND AND ORDERED** that defense counsel, Mai Shawwa, be allowed to appear on behalf of Mr. Medina

Date: April 18, 2024

MAGISTRATE JUDGE CHRISTOPHER D. BAKER

2